

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00237-CR

Flanzo Lafont **TOWNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0764
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED. The trial court's order is AFFIRMED.

SIGNED January 30, 2019.

_____
Irene Rios, Justice